1 | STEVEN G. KALAR
Federal Public Defender
2 | JODI LINKER
Assistant Federal Public Defender
3 | 19th Floor Federal Building
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700
5 |
Counsel for Defendant BOZARTH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-12-0867 LB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | ) |
| REX BOZARTH, | ) |
| Defendant. | ) |

The parties jointly request that, subject to the Court's approval, the status conference presently set for April 18, 2013 be continued to May 16, 2013 at 10:30 am.

At the last appearance, the Court set the above-captioned matter over until April 18 for further status. Defendant Rex Bozarth recently was involved in a car accident requiring his hospitalization, which makes him unavailable to appear in court on April 18. Accordingly, the parties jointly request that the appearance be continued from April 18, 2013 to May 16, 2013. Defense counsel continues to investigate the case and is out of the district for portions of the next few weeks.

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from April 18, 2013 to

May 16, 2013 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from April 18, 2013 to May 16, 2013 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| April 18, 2013 | /s/ |
|---|---|
| DATED | MARC PRICE WOLF |
| | Special Assistant United States Attorney |

| April 18, 2013 | /s/ |
|---|---|
| DATED | JODI LINKER |
| | Assistant Federal Public Defender |

IT IS SO ORDERED.

| April 19, 2013 | |
|---|---|
| DATED | LAUREL BEELER |
| | United States Magistrate Judge |