STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BOZARTH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-0867 LB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO VACATE BRIEFING |
| v. | ) | SCHEDULE & SCHEDULE CHANGE OF |
| | ) | PLEA HEARING |
| REX BOZARTH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

| | |
|---|---|
| 1 | At the last appearance in the above-captioned matter, the parties set a briefing schedule on defendant Rex Bozarth's motion to suppress.  Since then, the parties have reached a resolution of the case.  Accordingly, the parties jointly request that the briefing schedule be vacated and the matter be set for change of plea hearing on July 25, 2013, the date previously scheduled for hearing on the motion. |

IT IS SO STIPULATED.

6/12/2013
DATED

/s/
MARC PRICE WOLF
Special Assistant United States Attorney

6/12/2013
DATED

/s/
JODI LINKER
Assistant Federal Public Defender

IT IS SO ORDERED.

June 17, 2013
DATED

LAUREL BEELER
United States Magistrate Judge

Stipulation & [Proposed] Order to Vacate Briefing
Schedule and Schedule Change of Plea Hearing;
*US v. Bozarth*, Case No. 12-0867 LB            2